*David Botts*, for appellant.

*Randall Peek, District Attorney, Madeline S. Griffin, Assistant District Attorney, Arthur K. Bolton, Attorney General, John W. Dunsmore, Jr., John Walden, Assistant Attorneys General*, for appellee.

## 30953. DELANEY v. BANKS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed with direction. All the Justices concur.*

DECIDED SEPTEMBER 8, 1976.

*James C. Bonner, Jr.*, for appellant.

*Robert A. Barnaby, II, Assistant District Attorney, Arthur K. Bolton, Attorney General*, for appellee.

## 31075. BARNES v. LEDFORD.

The trial court did not err in remanding the appellant to custody.

*Judgment vacated and case remanded with direction. All the Justices concur.*

DECIDED SEPTEMBER 8, 1976.

J. B. Barnes, *pro se.*

*Richter, Birdsong, Willis & Keeble, Jerry Willis,*

*Arthur K. Bolton, Attorney General,* for appellee.

## 31281. LUKE v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 8, 1976.

*J. Wayne Moulton, W. Michael Maloof,* for appellant.
*Arthur K. Bolton, Attorney General, Jack Park, Harrison Kohler, Assistant Attorneys General,* for appellee.

## 31297. WOODS v. STYNCHCOMBE.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 8, 1976.

Louis Woods, *pro se.*
*Lewis R. Slaton, District Attorney, Arthur K. Bolton, Attorney General, Harrison Kohler, Staff Assistant Attorney General,* for appellee.

## 31687. McCRARY v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED DECEMBER 1, 1976.